**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Laura Pasqualone** (State Bar No. 028360)
Direct Dial: 602. 262.5362
E-mail: lpasqualone@lewisroca.com

**Nicole G. True** (State Bar No. 032576)
Direct Dial: 602.262.5389
Email: NTrue@lewisroca.com

**Katie Rios** (State Bar No. 037110)
Direct Dial: 602.262.5316
Email: krios@lewisroca.com

*Attorneys for Defendants Bacus Foods Corp., BFCJJS106, LLC Brandt Bacus and Jared Bacus*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Holder, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bacus Foods Corp.; BFCJJS106, LLC; Brandt Bacus; Jared Bacus; John Doe Corp. 1-10; and John Doe 1-10,<br><br>Defendants. | Case No.: 2:23-cv-00763-PHX-JJT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties have reached a settlement in this matter. They stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that the action be dismissed with prejudice. The parties further agree and stipulate that judicial approval of the settlement is not required. Each party will bear its own attorneys' fees and costs to the extent not otherwise agreed.

An Order is being lodged simultaneously with this Stipulation.

DATED this 18th day of June, 2024.

125116883.1

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: */s/ Katie Rios*
    Laura Pasqualone
    Nicole G. True
    Katie Rios
*Attorneys for Defendants Bacus Foods Corp., BFCJJS106, LLC, Brandt Bacus and Jared Bacus*

BILLER & KIMBLE, LLC

By: */s/ Laura Farmwald*
    Andrew R. Biller
    Andrew P. Kimble
    Laura Farmwald
*Attorneys for Plaintiff Michael Holder*

2

125116883.1