1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Holder, | No. CV-23-00763-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Bacus Foods Corporation, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation for Dismissal with Prejudice (Doc. 51), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 51). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 18th day of June, 2024.

Honorable John J. Tuchi
United States District Judge